O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MICHAEL ADRIAN VALDEZ,** | ) | NO. CV 14-9450-MAN |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **JEFFREY BEARD, Warden,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing Petition For Writ Of Habeas Corpus And Denying A Certificate of Appealabilty,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 1, 2015

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE